United States District Court
CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No: 4:13cr3-RH  
Date: September 4, 2013  
Time Commenced: 12:45 p.m.  
Time Concluded: 1:05 p.m.

PROCEEDINGS: Sentencing Hearing Held.  Defendant MONIQUE SHEVETTE KIMBLE is sentenced to 24 months custody BOP on counts 1-13 all to run concurrent; 1 year Supervised Release as to counts 1-9 and 3 years Supervised Release as to counts 10-13 with all to run concurrent for a total of 3 years Supervised Release; $1300 SMA; Restitution in the amount of $82,212.

PRESENT:  HONORABLE ROBERT L. HINKLE, United States District Judge

| Angie Maxwell | Judy Gagnon | Eric Mountin |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| Cindy Wilson | n/a | |
| Probation Officer | Interpreter | |

USA v. (DEFENDANT LISTED BELOW                    ATTORNEY FOR DEFENDANT

(1)  MONIQUE SHEVETTE KIMBLE                     (1)  Randy Murrell  
 X  present   __ custody  __ bond  __ O/R         X  present   X  apptd.  __ retained

___ DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

___ Objections were made to the PSR.

___ Notice of Enhancement filed  ___ Court Question defendant about prior conviction

___ Report & Recommendation of US Magistrate Judge is Accepted  ___ Court Accepts Guilty Plea

___ DEFENDANT ADJUDICATED GUILTY OF COUNT(S):  SENTENCE IMPOSED:

 X   DFT remanded to custody of Bureau of Prisons  
     on count(s)  **1-13**  imprisonment for a term of  **24** months  
     ___ imprisonment for a term of  ___ months  
     ___ imprisonment for a term of  ___ months  
     ___ imprisonment for a term of  ___ months

 X   with counts **1-13** concurrently with each other for a total of **24** months

___ Additional recommendation:  
     ___ Substance Abuse Treatment while in the custody of BOP  
     ___ Intensive Confinement Center (ICC)

 X   FINE PAYMENT:   X  Fine waived;  Fine of ___; SMA OF $ **1300**

 X   Dft is liable for restitution of:  $ **82,212**  
     $_____ joint and several made payable as listed in PSR

 X   S/R or PROBATION. Dft is under  
      X   Supervised Release upon completion of term of imprisonment for a period of **3** years (1 year on counts 1-9 and 3 years on counts 10-13 to all run concurrent  
     ___ Supervised Probation for a period of ___ year  
     ___ Home Detention of ___ months  
     ___ ___ hours Community Service

**SENTENCING MINUTES CONTINUED**                                                                                                PAGE 2

|     | |
|---|---|
| ___ | With the following special conditions or modifications: |
|     |     DFT to be deported upon release from BOP |
| ___ | DFT shall cooperate with the US Probation Officer and the INS regarding Immigration status |
| **X** | DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP. |
| **X** | DFT shall not own or possess a firearm, dangerous weapon or destructive device. |
| **X** | DFT shall submit to: **X** testing for the use of drugs or alcohol; |
|     |   **X** Substance abuse treatment as my be directed by US Probation Officer; |
| ___ | Mental Health treatment if deemed necessary by the Probation Officer. |
| **X** | DFT shall provide requested financial information to the U.S. Probation Officer. |
| **X** | DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer. |
| ___ | Upon release dft to: ___ maintain employment or enroll as full-time student; ___ complete High School Education. |
|     | DFT shall notify the probation officer ten days prior to any change of residence or employment. |
| **X** | DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments |
| ___ | DFT shall cooperate with the US Probation Office in the collection of DNA sample |
| ___ | DFT shall submit to a search of his person, vehicle, residence, or any such place as may be deemed appropriate by the US Probation Officer or any other law enforcement |
|     | ADDITIONAL TERMS: |
|     | |
| **X** | CUSTODY STATUS |
|     |   ___ DFT committed to the custody of the U.S. Department of Justice. |
|     |   **X** DFT to surrender at designated institution at his/her own expense no later than **November 4, 2013** by **2:00 p.m.** |
|     |   **X** DFT remains on bond with **X** the same terms and conditions or ___ modified terms as follows: |
| ___ | Remaining count(s) ___ are dismissed on government motion. |
| **X** | Court informs Dft of right to appeal. |
|     |   ___ Dft request that a notice of Appeal be filed immediately on his/her behalf. |
| **X** | Court recommends place of incarceration at / near  Gadsden County, Florida |
| ___ | Court rules that defendant shall forfeit his interest in the firearms and ammunition |

**Proceedings:**

12:46   Government withdraws previous reqest
12:59   Statement by defendant to Court
12:51   Argument by Government

Initials of Deputy Clerk   amm