## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 months on Counts 1 through 13, all to run concurrently.**

The Court recommends to the Bureau of Prisons **in order of priority:**

    **1. The Defendant should participate in a Drug Abuse Program.**

    **2. The Defendant should be designated to a facility as near as possible to Gadsden County, Florida.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons by **2:00 P.M. on November 4, 2013.**

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant ~~delivered~~ Surrendered on _11-4-2013_ to _FCI Tallahassee_ at _Tallahassee, FL_, with a certified copy of this judgment.

                           _J.V. Flournoy, Warden_
                           ~~UNITED STATES MARSHAL~~

                         By: _K___th D_____, CSO
                             ~~Deputy U.S. Marshal~~

Case No.  4:13cr3-001

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

-vs-                                        Case # 4:13cr3-001

MONIQUE SHEVETTE KIMBLE          USM # 21914-017

Defendant's Attorney:
Randolph P. Murrell (FPD)
227 N. Bronough Street, Suite 4200
Tallahassee, Florida  32301

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts 1 through 13 of the indictment on May 6, 2013.  Accordingly, IT IS ORDERED that the defendant is adjudged guilty of such counts which involve the following offenses:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 26 U.S.C. § 7206(2) | Preparing False Tax Returns | February 6, 2009<br>February 10, 2009<br>February 16, 2009<br>February 23, 2009<br>April 8, 2009<br>April 13, 2009<br>April 15, 2009<br>April 15, 2009<br>April 19, 2009 | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 |
| 18 U.S.C. § 287 | Fraudulent Claims with Regard to Tax Returns | February 23, 2009<br>April 13, 2009 | 10<br>11 |
| 18 U.S.C. §§ 1028(a)(7) and 1028(b)(1)(D) | Identity Theft | February 23, 2009<br>April 13, 2009 | 12<br>13 |

The defendant is sentenced as provided in the following pages of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984,

Case No.  4:13cr3-001

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By: Elizabeth Lawrence
    Deputy Clerk